AO 83 (12/85) Summons in a Criminal Case

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUL 2 7 2006

LUTHER D. THOMAS, Clerk
By: L. Wade-Childs
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

JOSE FARIAS-GONZALEZ
FULTON REGIONAL JAIL-SOUTH

SUMMONS IN A CRIMINAL CASE

CASE NO. 1:06-CR-323

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1810**<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303-3361 |
| BEFORE: | Honorable E. CLAYTON SCOFIELD<br>United States Magistrate Judge |
| DATE AND TIME: | AUGUST 3, 2006<br>11:00 A.M. |

To answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 8, United States Code, Section(s) 1326(a) and (b)(2)**

| | |
|---|---|
| Brief description of the offense: | Illegal re-entry |
| AUSA: | MARY ROEMER |
| Counsel for Defendant: | RICHARD HOLCOMB, FDP, INC. |

July 27, 2006

LUTHER D. THOMAS
CLERK OF COURT

By: Lavonia Wade-Childs for Angela L. Smith
Deputy Clerk