FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 11 2006

JAMES N. HATTEN, Clerk
Deputy Clerk

```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
         ATLANTA DIVISION

UNITED STATES OF AMERICA    )
                            )
         Plaintiff,         )   CRIMINAL ACTION FILE
                            )   NO. 1:06-CR-323-CC
v.                          )
                            )   ATLANTA, GEORGIA
JOSE FARIAS-GONZALEZ        )
                            )
         Defendants.        )
                            )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOEL M. FELDMAN,
UNITED STATES MAGISTRATE JUDGE

Thursday, June 29, 2006

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the Plaintiff: | U.S. ATTORNEY'S OFFICE<br>(By: Candie Howard) |
| For the Defendant: | FEDERAL DEFENDER PROGRAM<br>(By: Richard Brooks Holcomb) |

*Proceedings recorded by audiotape, then transcribed by
mechanical stenography and computer by*
NICHOLAS A. MARRONE, RMR, CRR
1714 U. S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
(404) 215-1486