

| | | |
|---|---|---|
| **Mary Marshall/CA11/11/USCOURTS** | To | Elaine McFarland/GAND/11/USCOURTS@USCOURTS |
| 05/07/2008 03:58 PM | cc | Denza Bankhead/GAND/11/USCOURTS@USCOURTS, Brenda Wiegmann/CA11/11/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | 08-10508-EE (DC: 1:06-00323 CR 1 1) |

CA11# 08-10508-EE
USA v. Jose Farias-Gonzalez
NGA: 1:06-00323 CR 1 1
-----------------------------------------
ROA/COR request

Thanks